IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LISA CRAIN; CATHEE CRAIN; MARILLYN CRAIN BRODY;
and KRISTAN CRAIN SNELL                                                                  PLAINTIFFS

V.                                    CASE NO. 2:24-CV-2070

AIRPORT TRANSPORTATION COMPANY; and
SHIRLEY CRAIN                                                                              DEFENDANTS

## ORDER

For the reasons stated from the bench during the Case Management Hearing on November 13, 2024, the Court finds that the allegations in the Complaint satisfy the requirements of Arkansas Code § 4-27-1602(c). Plaintiffs may inspect and copy Airport Transportation Company's corporation records as described categorically in the Complaint and at § 4-27-1602(a)–(b) and § 4-27-1620 of the Arkansas Code. These statutes do not limit the scope of discoverable information in this lawsuit, and pursuant to Federal Rule of Civil Procedure 26(b)(1), all such records are deemed relevant to the claims and proportional to the needs of the case.

**IT IS THEREFORE ORDERED** that Plaintiffs be permitted to inspect and copy the records at the business office or offices where they are ordinarily maintained. Subject to the parties coming to a different, mutual agreement, such inspection shall take place **within thirty days of the entry of this Order**. The Court specifically directs Airport Transportation Company to have a representative present and on site who is both familiar with the accounting records and knows where they are located.

1

**IT IS SO ORDERED** on this \_\_18th\_\_ day of November, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE